**Larry BISHOP Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

June 3, 1998.

## ORDER

PER CURIAM:

AND NOW, this 3rd day of June, 1998, this matter is held pending this Court's disposition of *Rogers v. Pa. Board of Probation and Parole,* 8 M.D.App. Dkt.1997.